# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Michelle Greybill, as Administrator of the Estate of John Greybill,

    Plaintiff

v.

NaphCare Inc., et al.,

    Defendants

Case No. 2:24-cv-01276-CDS-EJY

**Order**

Plaintiff Michelle Greybill, as administrator of the estate of John Greybill, brings this counseled civil-rights action for events that took place during and after John Greybill's detention at the Henderson Detention Center. ECF No. 1. Although this appears to be a conditions-of-confinement case, plaintiff is not incarcerated, and she has paid the full $405 filing fee for a civil action. *See id.* As such, this case is not subject to any screening requirements and will proceed onto the normal litigation track. *See generally* 28 U.S.C. § 1915A (the plaintiff is no longer a prisoner within the meaning of the Prison Litigation Reform Act); *see Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th Cir. 2017) (holding that "28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time they file their complaints"); *see Lopez v. Smith*, 203 F.3d 1122, 1126, 1129 (9th Cir. 2000) (recognizing that screening under 28 U.S.C. § 1915(e) applies to actions filed *in forma pauperis* whether or not the plaintiff is incarcerated).

For the foregoing reasons, I order that this case is not subject to screening and will proceed onto the normal litigation track pursuant to the Federal Rules of Civil Procedure.

Dated: July 22, 2024

_____
Cristina D. Silva
United States District Judge