LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*City of Henderson and Jackie Gonzalez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill,<br><br>Plaintiff,<br><br>vs.<br><br>Naphcare, Inc., City of Henderson, Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, Sheena Carnate, and Jackie Gonzalez,<br><br>Defendants. | Case No.:   2:24-cv-01276-CDS-EJY<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendants, City of Henderson and Jackie Gonzalez ("Henderson Defendants"), by and through their counsel, Kaempfer Crowell, and Plaintiff, Michelle Greybill as Administrator of the Estate of John Greybill ("Plaintiff"), by and through her counsel, Holland & Hart, LLP and Kaplan and Grady LLC, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3805275_1.docx  20882.002

Page 1 of 3

1  Court. This is the first request for an extension of time to file an answer or otherwise respond to
2  Plaintiff's Complaint.
3        Plaintiff filed her Complaint on July 15, 2024, [ECF No. 1]. Defendant, City of
4  Henderson was served on August 14, 2024, and Defendant, Jackie Gonzalez accepted service of
5  the Complaint on August 14, 2024. Upon agreeing to accept service for Defendant Jackie
6  Gonzalez, the parties agreed that the Henderson Defendants would have sixty (60) days to
7  respond to the Complaint.
8        Upon agreement by and between all the parties hereto as set forth herein, the undersigned
9  respectfully requests this Court grant an extension of time, up to and including Monday, October
10  14, 2024, for the Henderson Defendants to file an answer or otherwise respond to Plaintiff's
11  Complaint. By entering into this Stipulation, none of the parties waive any rights they have
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3805275_1.docx  20882.002

Page 2 of 3

under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 4th day of September, 2024.

KAEMPFER CROWELL

By: /s/ *Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Drive,
Suite 650
Las Vegas, Nevada 89135

**Attorneys for Defendants,
City of Henderson and Jackie Gonzalez**

HOLLAND & HART, LLP

By: /s/ *Erica Medley*
ERICA C. MEDLEY
Nevada Bar No. 13959
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

-and-

KAPLAN & GRADY LLC
Sarah Grady (Pro Hac Vice)
Terah Tollner (Pro Hac Vice)
Adam J. Smith (Pro Hac Vice)
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614

**Attorneys for Plaintiff**

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2024

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3805275_1.docx  20882.002

Page 3 of 3