Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
ecmedley@hollandhart.com

Sarah Grady (*pro hac vice*)
Terah Tollner (*pro hac vice*)
Adam J. Smith (*pro hac vice*)
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184
sarah@kaplangrady.com
terah@kaplangrady.com
adam@kaplangrady.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill, | Case No: 2:24-cv-01276-CDS-EJY |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE** |
| NaphCare, Inc., City of Henderson, Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, EbonyMichelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, Sheena Carnate, and Jackie Gonzalez, | |
| Defendants. | |

Plaintiff Michelle Greybill, as Administrator of the Estate of John Greybill, by and through her attorneys, Kaplan & Grady LLC and Holland & Hart LLP, respectfully asks this Court for an extension of 30 days, up to and including November 12, 2024, to serve certain Defendants in this

matter. This is Plaintiff's first request for an extension of time to serve certain Defendants. In support of her motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint on July 15, 2024. *See* ECF No. 1. The deadline to complete service is October 13, 2024. *See* Fed. R. Civ. P. 4(m) (90 days for service after complaint is filed); Fed. R. Civ. P. 6(a)(2) (rules for computing time).

2. The Federal Rules provide that if a plaintiff "shows good cause" for failing to serve a defendant within the time specified by the rule, "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Even absent a showing of good cause, "courts have broad discretion to extend time for service under Rule 4(m)." *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007).

3. Here, good cause exists to extend the time for service. Plaintiff has worked diligently to locate and serve Defendants. Plaintiff has effected timely service on two Defendants, Defendant City of Henderson and Defendant NaphCare, Inc. (NaphCare). *See* ECF Nos. 15, 17. In addition, Defendant Jackie Gonzalez has timely executed a waiver of service. *See* ECF No. 16. In an effort to serve the remaining Defendants—eight individuals whom Plaintiff alleges were NaphCare employees at all times relevant to the claims in this case—Plaintiff contacted NaphCare's counsel to ascertain whether he could accept service on their behalf.

4. NaphCare's counsel has informed Plaintiff that he is not yet certain whether he can accept service on behalf of the individual NaphCare Defendants—Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, EbonyMichelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, and Sheena Carnate. Counsel has assured Plaintiff that he will let her know the answer soon.

5. Plaintiff moves for an additional 30 days to serve the individual NaphCare Defendants. If counsel for NaphCare proves unable to timely accept service for the individual NaphCare Defendants, Plaintiff will promptly resume her efforts to locate and serve them.

6. No Defendant will suffer prejudice from the granting of Plaintiff's motion. Defendants NaphCare, City of Henderson, and Jackie Gonzalez do not oppose Plaintiff's motion for a 30-day extension.

Wherefore, Plaintiff respectfully requests that the deadline to complete service as to Defendants Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, EbonyMichelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, and Sheena Carnate, be extended by 30 days, up to and including November 12, 2024.

DATED this 30th day of September 2024.

**KAPLAN & GRADY LLC**

/s/ *Terah Tollner*
Terah Tollner

Sarah Grady (*pro hac vice*)
Terah Tollner (*pro hac vice*)
Adam J. Smith (*pro hac vice*)
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614

– and –

Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
ecmedley@hollandhart.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Date: September 30, 2024**

3