LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*City of Henderson and Jackie Gonzalez*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill,<br><br>Plaintiff,<br><br>vs.<br><br>Naphcare, Inc.; City of Henderson; Vernon Maniago; Mandana Ziaei-Ghafouri; Ivy Rose Volonte; Ebony Michelle Garner; Brittany Reyes; Sheldon Chase; Selma Tabakovic; Sheena Carnate; and Jackie Gonzalez,<br><br>Defendants. | Case No.:   2:24-cv-01276-CDS-EJY<br><br>**STIPULATION TO EXTEND TIME FOR HENDERSON DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AN ESI PROTOCOL**<br>**[ECF No. 54]** |

Pursuant to Local Rule 6-1, Michelle Greybill, individually and as Special Administrator of the Estate of John Greybill ("Plaintiffs"), City of Henderson and Jackie Gonzalez ("Henderson Defendants"), and NaphCare, Inc.; Vernon Maniago; Mandana Ziaei-Ghafouri; Ivy Rose Volonte; Ebony Michelle Garner; Brittany Reyes; Sheldon Chase; Selma Tabakovic; and Sheena Carnate ("NaphCare Defendants"), stipulate, agree, and request that the Court extend the deadline for the Henderson Defendants to file their Response to the pending Motion to Compel Entry of an ESI Protocol, (ECF No. 54), from the current date of Friday, August 8, 2025, to

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20882.002

Page 1 of 2

Tuesday, August 12, 2025. The parties agree that good cause exists for a brief extension of the briefing schedule because Plaintiff's counsel has indicated that they intend to clarify the Motion (ECF No. 54). This clarification is anticipated to obviate the Henderson Defendants' need to respond to the Motion, or to allow a response to the issues raised. The brief extension will not prejudice any parties.

DATED this 8th day of August, 2025.

By: /s/ Kristopher J. Kalkowski
Lyssa S. Anderson
Kristopher J. Kalkowski
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for Henderson Defendants**

DATED this 8th day of August, 2025.

By: /s/ Chad C. Couchot
Chad C. Couchot, Esq.
SCHUERING ZIMMERMAN & DOYLE
400 University Avenue
Sacramento. CA 95825
-and-
Aimee Clark Newberry, Esq.
CLARK NEWBERRY LAW FIRM
410 S. Rampart Blvd., Ste. 390 #308
Las Vegas, NV 89145

**Attorneys for NaphCare Defendants**

DATED this 8th day of August, 2025.

By: /s/ Annie Prossnitz
Sarah Grady
Terah Tollner
Adam J. Smith
Matthew Underwood
Annie Prossnitz
KAPLAN & GRADY
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
-and-
Erica C. Medley
HOLLAND & HART
9555 Hillwood Dr., 2nd Floor
Las Vegas, NV 89134

**Attorneys for Plaintiff**

**IT IS SO ORDERED.**

DATED this 11th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20882.002

Page 2 of 2