1 Erica C. Medley
Nevada Bar No. 13959
2 **HOLLAND & HART LLP**
3 9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
4 Phone: (702) 669-4600
ecmedley@hollandhart.com
5

6 Sarah Grady (*pro hac vice*)
Matthew Underwood (*pro hac vice*)
7 Annie Prossnitz (*pro hac vice*)
Terah Tollner (*pro hac vice*)
8 **KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
9 Chicago, Illinois 60614
(312) 852-2184
10 sarah@kaplangrady.com
11 matthew@kaplangrady.com
prossnitz@kaplangrady.com
12 terah@kaplangrady.com

13 *Attorneys for Plaintiff*

14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill, | Case No: 2:24-cv-01276-CDS-EJY |
| Plaintiff, | |
| v. | **JOINT NOTICE OF STIPULATION TO DEFER DISCOVERY INTO DEFENDANTS' FINANCIAL CONDITION** |
| NaphCare, Inc., City of Henderson, Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, Sheena Carnate, and Jackie Gonzalez, | |
| Defendants. | |

Plaintiff Michelle Greybill, as Administrator of the Estate of John Greybill and in her individual capacity, and Defendants NaphCare, Inc., Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, and Sheena Carnate (altogether, the "NaphCare Defendants"), by and through their respective

attorneys, hereby jointly apprise this Court of their agreement to defer discovery into the net worth and financial condition of the NaphCare Defendants, stating:

1. Plaintiff and the NaphCare Defendants disagree on whether discovery into the financial condition and net worth of the NaphCare Defendants at this time is appropriate (as is Plaintiff's position), or premature (as is the NaphCare Defendants' position). To avoid having to bring an unnecessary issue to the Court's attention, these parties have reached a stipulation to defer this discovery pursuant to agreed-upon terms.

2. The parties' agreement is as follows:

    a. Plaintiff agrees to defer discovery into the net worth/financial condition of the NaphCare Defendants at this time, subject to the provisions set forth below.

    b. The NaphCare Defendants agree to engage in discovery regarding their net worth/financial condition, along with the accompanying document production and verifications, in the event the Court denies summary judgment as to a NaphCare Defendant. By entering into this stipulation, the NaphCare Defendants do not waive their objections to the particular scope of Plaintiff's net worth/financial condition discovery. These parties further agree that Plaintiff will be able to raise any discovery disputes regarding the NaphCare Defendants' responses, if any, with the Court.

    c. The NaphCare Defendants agree to take reasonable measures to retrieve, collect, and preserve documents sufficient to provide information regarding their net worth that they presently have in their possession, custody, or control, and retrieve, collect, on a continuing basis until the conclusion of the litigation to ensure that is available for use in the litigation.

WHEREFORE, Plaintiff and the NaphCare Defendants jointly submit this stipulation to apprise the Court of their agreement to defer discovery of the net worth/financial condition of the NaphCare Defendants.

DATED this 18th day of September 2025.

        **KAPLAN & GRADY LLC**

        /s/ *Terah Tollner*
        Sarah Grady (*pro hac vice*)
        Matthew Underwood (*pro hac vice*)
        Annie Prossnitz (*pro hac vice*)
        Terah Tollner (*pro hac vice*)
        Adam J. Smith (*pro hac vice*)
        **KAPLAN & GRADY LLC**
        2071 N. Southport Ave., Ste. 205
        Chicago, IL 60614

        – and –

        Erica C. Medley
        Nevada Bar No. 13959
        **HOLLAND & HART LLP**
        9555 Hillwood Drive, 2nd Floor
        Las Vegas, NV 89134
        Phone: (702) 669-4600
        ecmedley@hollandhart.com

        *Attorneys for Plaintiff*

        s/ *Chad Couchot* (with consent)
        Chad C. Couchot
        **SCHUERING ZIMMERMAN & DOYLE, LLP**
        400 University Avenue
        Sacramento, CA 95825

        *Attorney for the NaphCare Defendants*

**IT IS SO ORDERED.**

        _____
        **UNITED STATES MAGISTRATE JUDGE**

        DATED: September 18, 2025