Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
ecmedley@hollandhart.com

Sarah Grady (*pro hac vice*)
Matthew Underwood (*pro hac vice*)
Annie Prossnitz (*pro hac vice*)
Terah Tollner (*pro hac vice*)
Adam J. Smith (*pro hac vice*)
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184
sarah@kaplangrady.com
matthew@kaplangrady.com
annie@kaplangrady.com
terah@kaplangrady.com
adam@kaplangrady.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill,<br><br>Plaintiff<br><br>v.<br><br>NaphCare, Inc., City of Henderson, Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, Sheena Carnate, and Jackie Gonzalez,<br><br>Defendants. | Case No: 2:24-cv-01276-CDS-EJY<br><br>Order Approving<br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS [ECF NOS. 78, 80] TO MAGISTRATE JUDGE'S ORDER [ECF NO. 71]**<br><br>[ECF No. 83] |

Under Local Rule 6-1, Plaintiff Michelle Greybill, as Administrator of the Estate of John Greybill and in her individual capacity, by and through her attorneys, Kaplan & Grady LLC and

Holland & Hart LLP, City of Henderson and Jackie Gonzalez ("Henderson Defendants"), and NaphCare, Inc.; Vernon Maniago; Mandana Ziaei-Ghafouri; Ivy Rose Volonte; Ebony Michelle Garner; Brittany Reyes; Sheldon Chase; Selma Tabakovic; and Sheena Carnate ("NaphCare Defendants"), stipulate, agree, and request that the Court extend the deadline for Plaintiff to respond to Defendants' Objections to Magistrate Judge's Order, ECF No. 71, from the current date of October 10, 2025 to Tuesday, October 14, 2025. Given Plaintiff counsel's conflicting professional deadlines, there is good cause for a brief extension to respond to Defendants' objections. This extension will not prejudice any of the parties.

DATED this 10th day of October 2025.

**KAPLAN & GRADY LLC**

/s/ *Annie Prossnitz*
Sarah Grady (*pro hac vice*)
Matthew Underwood (*pro hac vice*)
Annie Prossnitz (*pro hac vice*)
Terah Tollner (*pro hac vice*)
Adam J. Smith (*pro hac vice*)
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614

– and –

Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
ecmedley@hollandhart.com

*Attorneys for Plaintiff*

By: /s/ *Chad C. Couchot*
Chad C. Couchot, Esq.
SCHUERING ZIMMERMAN & DOYLE
400 University Avenue

Sacramento. CA 95825
-and-
Aimee Clark Newberry, Esq.
CLARK NEWBERRY LAW FIRM
410 S. Rampart Blvd., Ste. 390 #308
Las Vegas, NV 89145
**Attorneys for NaphCare Defendants**

By: */s/ Lyssa S. Anderson*
Lyssa S. Anderson
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for Henderson Defendants**

The parties' stipulation **[ECF No. 83] is approved**, nunc pro tunc to October 14, 2025.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2025

KAPLAN & GRADY LLC
2071 N. SOUTHPORT AVE
SUITE 205
CHICAGO, IL 60614

3