Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
ecmedley@hollandhart.com

Sarah Grady (*pro hac vice*)
Matthew Underwood (*pro hac vice*)
Annie Prossnitz (*pro hac vice*)
Terah Tollner (*pro hac vice*)
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184
sarah@kaplangrady.com
matthew@kaplangrady.com
prossnitz@kaplangrady.com
terah@kaplangrady.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill,<br><br>Plaintiff<br><br>v.<br><br>NaphCare, Inc., City of Henderson, Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, Sheena Carnate, and Jackie Gonzalez,<br><br>Defendants | Case No: 2:24-cv-01276-CDS-EJY<br><br>**Order Approving STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDRAL RULE OF CIVIL PROCEDURE 12(c) (ECF NOS. 99, 100)**<br><br>[ECF No. 101] |

Under Local Rule 6-1, Plaintiff Michelle Greybill, as Administrator of the Estate of John Greybill and in her individual capacity, Defendants NaphCare, Inc., Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, and Sheena Carnate (altogether, the "NaphCare Defendants"), and Defendants

City of Henderson and Jackie Gonzalez (altogether, the "City Defendants") by and through their respective attorneys, stipulate, agree, and request that the Court extend the deadline for Plaintiff to respond to Defendants' Motions for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c), ECF Nos. 99, 100, from the current deadline of January 5 and 6, 2026, respectively, to February 2, 2026. Given Plaintiff counsel's holiday schedule and international travel, as well as a trial beginning on January 20 that some of Plaintiff's counsel will be participating in, *Jackson v. Wexford Health Sources, Inc. et al.*, No. 20-cv-0900-DWD (SDIL), there is good cause for a brief extension to respond to Defendants' Motions. This extension will not prejudice any of the parties.

DATED this 30th day of December 2025.

**KAPLAN & GRADY LLC**

/s/ *Sarah Grady*

Sarah Grady (*pro hac vice*)
Matthew Underwood (*pro hac vice*)
Annie Prossnitz (*pro hac vice*)
Terah Tollner (*pro hac vice*)
Adam J. Smith (*pro hac vice*)
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614

– and –

Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
ecmedley@hollandhart.com

*Attorneys for Plaintiff*

s/ *Chad C. Couchot* (with consent)
Chad C. Couchot
**SCHUERING ZIMMERMAN & DOYLE, LLP**
400 University Avenue
Sacramento, CA 95825
*Attorney for the NaphCare Defendants*

s/ *Lyssa S. Anderson* (with consent)
Lyssa S. Anderson
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, Ste. 650
Las Vegas, NV 89135

*Attorney for Defendants City of Henderson and Jackie Gonzalez*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: December 30, 2025

2