LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*City of Henderson and Jackie Gonzalez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill,<br><br>        Plaintiff<br><br>v.<br><br>Naphcare, Inc.; City of Henderson; Vernon Maniago; Mandana Ziaei-Ghafouri; Ivy Rose Volonte; Ebony Michelle Garner; Brittany Reyes; Sheldon Chase; Selma Tabakovic; Sheena Carnate; and Jackie Gonzalez,<br><br>        Defendants | Case No.:   2:24-cv-01276-CDS-EJY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JACKIE GONZALEZ** |

Michelle Greybill, individually and as Special Administrator of the Estate of John Greybill ("Plaintiffs"), and Jackie Gonzalez ("Gonzalez"), stipulate and agree that all of Plaintiffs' claims against Defendant Gonzalez only in this matter are hereby dismissed with

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20882.002

Page 1 of 2

prejudice, with each party to bear their own attorney fees and costs.

DATED this 23rd day of January, 2026.

DATED this 23rd day of January, 2026.

By:   /s/ Lyssa Anderson
      Lyssa S. Anderson
      Kristopher J. Kalkowski
      KAEMPFER CROWELL
      1980 Festival Plaza Drive, Suite 650
      Las Vegas, Nevada 89135
      **Attorneys for Jackie Gonzalez**

By:   /s/ Annie Prossnitz
      Sarah Grady
      Terah Tollner
      Adam J. Smith
      Matthew Underwood
      Annie Prossnitz
      KAPLAN & GRADY
      2071 N. Southport Ave., Ste. 205
      Chicago, IL 60614
      -and-
      Erica C. Medley
      HOLLAND & HART
      9555 Hillwood Dr., 2nd Floor
      Las Vegas, NV 89134
      **Attorneys for Plaintiff**

Based on the parties' stipulation, defendant Jackie Gonzalez is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20882.002

Page 2 of 2