LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*City of Henderson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill,<br><br>                    Plaintiff<br><br>vs.<br><br>Naphcare, Inc.; City of Henderson; Vernon Maniago; Mandana Ziaei-Ghafouri; Ivy Rose Volonte; Ebony Michelle Garner; Brittany Reyes; Sheldon Chase; Selma Tabakovic; Sheena Carnate; and Jackie Gonzalez,<br><br>                    Defendants | Case No.:   2:24-cv-01276-CDS-EJY<br><br>**Order Approving AMENDED STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS [ECF NO. 100]**<br><br>*(First Request)*<br><br>[ECF No. 112] |

Defendant City of Henderson ("COH") and Plaintiff Michelle Greybill, by and through their respective counsel of record, agree and stipulate to extend COH's deadline to file a Reply in support of its Motion for Judgment on the Pleadings, (ECF No. 100), from the current deadline of February 9, 2026, to February 23, 2026.  This is COH's first request for an extension of this deadline.

This minimal extension arises in accord with District of Nevada Local Rule IA 6-1.  Good cause supports the extension based on COH's counsel requiring additional time to prepare

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20882.002

Page 1 of 2

thorough briefing.  The extension is sought in good faith and not for the purposes of delay.

DATED this __5th__ day of February, 2026.

| KAEMPFER CROWELL | KAPLAN & GRADY LLC |
|---|---|
| /s/ Lyssa S. Anderson | /s/ Annie Prossnitz |
| LYSSA S. ANDERSON (NV Bar No. 5781) | SARAH GRADY (*pro hac vice*) |
| KRISTOPHER J. KALKOWSKI (NV Bar No. 14892) | MATTHEW UNDERWOOD (*pro hac vice*) |
| | ANNIE PROSSNITZ (*pro hac vice*) |
| 1980 Festival Plaza Drive, Suite 650 | TERAH TOLLNER (*pro hac vice*) |
| Las Vegas, Nevada 89135 | ADAM J. SMITH (*pro hac vice*) |
| | 2071 N. Southport Ave., |
| **Attorneys for Defendant** | Ste. 205 |
| **City of Henderson** | Chicago, Illinois 60614 |
| | |
| | -and- |
| | |
| | HOLLAND & HART |
| | |
| | ERICA C. MEDLEY (NV Bar No. 13959) |
| | 9555 Hillwood Drive, 2nd Floor |
| | Las Vegas, Nevada 89134 |
| | Phone (702) 669-4600 |
| | ecmedley@hollandhart.com |
| | |
| | **Attorneys for Plaintiff** |
| | **Michelle Greybill** |

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20882.002

Page 2 of 2