UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michelle Greybill,<br>Plaintiff<br>v.<br>NaphCare Inc., et al.,<br>Defendants | Case No. 2:24-cv-01276-CDS-EJY<br>**Order Granting Plaintiff's Motion for Leave to File Excess Pages**<br>[ECF No. 107] |

This is a civil rights action brought by Michelle Greybill, as administrator of the estate of John Greybill, against defendants NaphCare, Inc., the City of Henderson, Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Britanny Reyes, Sheldon Chase, Selma Tabakovic, and Sheena Carnate. *See* Compl., ECF No. 1.

On December 22, 2025, several defendants[1] moved for judgment on the pleadings pursuant to Federal Rule of Civil procedure 12(c). Mot., ECF No. 99. Defendants City of Henderson and Jackie Gonzalez also move for judgment on the pleadings against Greybill. Mot., ECF No. 100. Greybill moves for leave to file excess pages. Mot. for leave, ECF No. 107.[2]

Because Greybill's motion for leave to file excess pages is unopposed, I grant the motion. Under Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees,

[1] These defendants include: Naphcare, Inc., Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, and Sheena Carnate.

[2] The plaintiff explains that given the overlap between NaphCare and the Henderson defendants' motions, the plaintiff intends to file a single, joint response in order to streamline the issues and number of pages before the court. ECF No. 107. So, the plaintiff requests leave to file an additional fifteen pages, for a total of 39 pages. *Id.* at 2. The plaintiff contends that she conferred with the defendants prior to filing this motion, and there was no indication that the defendants intended to oppose the motion. *Id.*

constitutes a consent to the granting of the motion." LR 7-2(d). Accordingly, applying this rule, the plaintiff's motion for leave is granted.[3]

## Conclusion

IT IS HERBY ORDERED that the plaintiff's motion for leave to file excess pages **[ECF No. 107] is GRANTED.**

Dated: July 22, 2026

________________________
Cristina D. Silva
United States District Judge

[3] This order only addresses Greybill's motion for leave, the defendants' motions for judgment on the pleadings will be resolved in a separate order in ordinary course.