Terra Shepard
Nevada Bar No. 16625
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2623
teshepard@hollandhart.com

Sarah Grady (*pro hac vice*)
Matthew Underwood (*pro hac vice*)
Annie Prossnitz (*pro hac vice*)
Terah Tollner (*pro hac vice*)
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184
sarah@kaplangrady.com
matthew@kaplangrady.com
prossnitz@kaplangrady.com
terah@kaplangrady.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Michelle Greybill, as Administrator of the Estate of John Greybill,<br><br>Plaintiff,<br><br>v.<br><br>NaphCare, Inc., City of Henderson, Vernon Maniago, Mandana Ziaei-Ghafouri, Ivy Rose Volonte, Ebony Michelle Garner, Brittany Reyes, Sheldon Chase, Selma Tabakovic, Sheena Carnate, and Jackie Gonzalez,<br><br>Defendants. | Case No: 2:24-cv-01276-CDS-EJY<br><br>**MOTION TO DISASSOCIATE COUNSEL** |

Plaintiff Michelle Greybill, as Administrator of the Estate of John Greybill and in her individual capacity, by and through her attorneys, Kaplan & Grady LLC and Holland & Hart LLP, hereby submits this motion in accordance with LR IA 11-6 to disassociate Adam J. Smith

KAPLAN & GRADY LLC
2071 N. SOUTHPORT AVE
SUITE 205
CHICAGO, IL 60614

as an attorney of record in the above-entitled action. As of July 17, 2026, Mr. Smith is no longer associated with the law firm of Kaplan & Grady LLC.

In compliance with LR IA 11-6(b), Plaintiff has been provided a notice of Mr. Smith's departure. Additionally, all other parties to this action will be served a copy of this motion upon filing and therefore receive notice of Mr. Smith's departure.

This motion is made in good faith and not intended to delay pretrial proceedings, discovery, trial, or any hearing in this case. As a result, Plaintiff respectfully requests this Court grant this motion in full and remove Mr. Smith from the above-entitled matter. Plaintiff additionally requests all notices continue to be directed to the attention of the undersigned counsel.

DATED September 25, 2026

*Sarah Grady*
Sarah Grady (*pro hac vice*)
Matthew Underwood (*pro hac vice*)
Annie Prossnitz (*pro hac vice*)
Terah Tollner (*pro hac vice*)
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614

– and –

Terra Shephard
Nevada Bar No. 16625
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2623
teshepard@hollandhart.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: September 25, 2026



KAPLAN & GRADY LLC
2071 N. SOUTHPORT AVE
SUITE 205
CHICAGO, IL 60614